UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAIM SARWAR,

                        **Plaintiff,**

          -against-

WYTHE BERRY FEE OWNER LLC,

                    **Defendant.**

-----------------------------------------------------------------X

20-CV-10609 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

> On December 16, 2020, Plaintiff initiated this case. See ECF No. 1 Defendant was
served the complaint on March 2, 2021. Defendant's answer was due on March 23, 2021. As
Defendant has failed to make an appearance or file an answer in this case, Plaintiff is directed
to advise the Court as to whether Plaintiff intends to move for Default Judgment, pursuant to
Federal Rule of Civil Procedure 55, no later than April 2, 2021.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 26, 2021
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 3/26/2021 __