```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAIM SARWAR,

                              **Plaintiff,**                    20-CV-10609 (PGG)(SN)

              -against-                                     **ORDER**

WYTHE BERRY FEE OWNER LLC,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On December 16, 2020, Plaintiff filed his complaint, which he amended on May 6, 2021, to substitute Wythe Berry Fee Owner LLC as a defendant. See ECF No. 1, 20. On May 27, 2021, Plaintiff indicated that Defendant had allegedly been served on May 13, 2021, by serving a summons on an employee of a private mailbox store. See ECF No. 22.

    Plaintiff is ordered to file a letter indicating why he believes service on the Defendant is proper by delivering the summons and amended complaint to a private mailbox store no later than June 21, 2021.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:       June 14, 2021
                 New York, New York